UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DENNIS DAVIS,<br><br>        Petitioner,<br><br>    v.<br><br>M. MARTEL, Warden,<br><br>        Respondent. | No. CV 17-02753-JFW (JDE)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the records on file, including operative Petition (Dkt. 1), Respondent's Answer to the Petition (Dkt. 28), Petitioner's Reply (Dkt. 31), the Report and Recommendation of the United States Magistrate Judge (Dkt. 33), and Objections thereto filed by Petitioner (Dkt. 36). Further, the Court has engaged in a <u>de novo</u> review of those portions of the Report and Recommendation to which objections have been made. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that:

1. Petitioner's request for an evidentiary hearing is denied; and

2. Judgment shall be entered denying the Petition and dismissing this action with prejudice.

Dated: November 9, 2018

_____
JOHN F. WALTER
United States District Judge