JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | | |
|---|---|---|
| DENNIS DAVIS, | ) | No. CV 17-02753-JFW (JDE) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| M. MARTEL, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings and Recommendation of the United States Magistrate Judge,

IT IS ADJUDGED that the petition is denied and this action is dismissed with prejudice.

Dated: November 9, 2018

JOHN F. WALTER
United States District Judge